In the Matter of the Probate of a Paper Propounded as the Will of JOSEPH STAWSKI, Deceased.
CATHERINE STAWSKI, Appellant; STELLA HAURUS et al., Respondents.

*Will — denial of probate for failure of proof of due execution.*

*Matter of Stawski,* 190 App. Div. 919, affirmed.

(Argued April 15, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1919, which affirmed a decree of the Suffolk County Surrogate's Court denying probate of an instrument propounded as the last will of Joseph Stawski, deceased. The surrogate held that there was a failure of proof that the paper propounded for probate had been duly executed by the testator as his last will and testament or that at the time it was presented to

him he was physically able to comprehend what was going on.

*Frank C. Barker* for appellant.

*Nathan O. Petty,* special guardian of Sophie Stawski et al., respondents.

*John R. Vunk* for Stella Haurus et al., respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.